IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

H.C. SCHMIEDING PRODUCE COMPANY, LLC                                    PLAINTIFF

V.                              CASE NO. 5:23-CV-5076

HP TRANS, INC.                                                          DEFENDANT

## JUDGMENT

In accordance with the Order on Motion for Default Judgment filed this day, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff H.C. Schmieding Produce Company, LLC and against Defendant HP Trans, Inc. in the total amount of $38,467.91, plus postjudgment interest to accrue until fully paid.

**IT IS SO ORDERED AND ADJUDGED** on this ___3rd___ day of July, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE